SCREVANE, PRESIDENT OF CITY COUNCIL OF CITY OF NEW YORK, ET AL. *v.* LOMENZO, SECRETARY OF STATE OF NEW YORK, ET AL.

No. 449.  Decided October 11, 1965.

*Leo A. Larkin, Morris Handel* and *George H. P. Dwight* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Daniel M. Cohen,* Assistant Solicitor General, *Donald Zimmerman,* Special Assistant Attorney General, *George D. Zuckerman,* Assistant Attorney General, *Leonard B. Sand* and *Max Gross* for appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.

[For concurring opinion of MR. JUSTICE HARLAN, see No. 85, *WMCA, Inc., et al.* v. *Lomenzo, Secretary of State of New York, et al., ante,* p. 4.]